No. 02–9906. GRAMS *v.* MORGENSTERN. Sup. Ct. Mont. Certiorari denied.

No. 02–9964. SMITH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–9974. STROHL *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 02–9991. JONES *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 02–10041. MITCHELL *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 02–10043. ELLIS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 02–10084. DORENBOS *v.* GORMAN, SUPERINTENDENT, LARCH CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 02–10109. NOLING *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–10138. BARRITT *v.* COLEMAN, ACTING WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–10157. WILLIAMS *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 02–10168. DAVIS *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–10196. BEDOYA *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–10256. PURNELL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10304. GLOVER *v.* BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–10327. HARRISON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.